# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER, | CASE NO. 1:12-cv-00860-LJO-MJS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE AND SERVICE OF SUMMONS |
| v. | |
| K. ALICESON, et al., | (ECF NO. 11) |
| Defendants. | |

Plaintiff Eric Wheeler is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) On June 7, 2012, Plaintiff filed a First Amended Complaint. (First Am. Compl., ECF No. 7.) The Court has yet to screen the First Amended Complaint and order service.

Before the Court is Plaintiff's motion for order directing issuance and delivery of summons. (Motion for Service, ECF No. 11.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

-1-

1  The Court will direct the United States Marshal to serve Plaintiff's First Amended
2  Complaint only after the Court has screened it and determined that it contains
3  cognizable claims for relief against the named Defendants. "Notwithstanding any filing
4  fee, or any portion thereof, that may have been paid, the court shall dismiss the case at
5  any time if the court determines that . . . the action or appeal . . . fails to state a claim
6  upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii).
7       Plaintiff's First Amended Complaint is in line for screening. However, the Court
8  has a large number of prisoner civil rights cases pending before it and will screen
9  Plaintiff's First Amended Complaint in due course. Until such time as the Court has
10 screened Plaintiff's First Amended Complaint, no further action is required.
11      Accordingly, the Court will not order issuance and service of summons for the
12 reasons described above. Plaintiff's Motion for Service (ECF No. 11) is DENIED.

18 IT IS SO ORDERED.
19 Dated:   July 24, 2012            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE