1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
## EASTERN DISTRICT OF CALIFORNIA

10

11
ERIC WHEELER,                                    CASE No. 1:12-cv-00860-LJO-MJS (PC)

12
                                                 ORDER DENYING PLAINTIFF'S MOTION
            Plaintiff,                           FOR PRIORITY SCREENING OF SECOND
13                                               AMENDED COMPLAINT

      v.
14                                               (ECF No. 21)

15
K. ALICESON, et al.,

16

17
            Defendants.

18
_____/

19

20

21       Plaintiff Eric Wheeler, a state prisoner proceeding pro se and in forma pauperis,

22 filed this civil rights action on May 25, 2012 pursuant to 42 U.S.C. § 1983. (ECF

23 No. 1.) Plaintiff filed a First Amended Complaint on June 7, 2012 (ECF No. 7) without

24 the original Complaint having been screened by the Court. The Court dismissed the First

25
26 Amended Complaint on January 3, 2013, for failure to state a claim, but gave leave to

27

file an amended complaint. (ECF No. 15.) Plaintiff filed a Second Amended Complaint on January 22, 2013. (ECF No. 17.) The Court has not yet screened the Second Amended Complaint.

Pending before the Court is Plaintiff's Motion filed April 18, 2013, which appears to seek priority screening of his Second Amended Complaint. (ECF No. 21.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). The Court will direct the United States Marshal to serve Plaintiff's Amended Complaint only after the Court has screened it and determined that it contains cognizable claims for relief against the named Defendants. "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B) (ii).

The Court is aware of Plaintiff's action and his Amended Compliant is in line for screening. However, the Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's Amended Complaint in due course.

////////

////////

////////

1    According, for the reasons stated is it HEREBY ORDERED that Plaintiff's Motion

2  for priority screening of his Second Amended Complaint (ECF No. 21) is DENIED.

3

4

5

   IT IS SO ORDERED.

6

7  Dated:    April 24, 2013                        /s/ *Michael J. Seng*

8                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27