# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>              Plaintiff,<br><br>     v.<br><br>K. ALICESON, et al.,<br><br>              Defendants. | Case No. 1:12-cv-00860-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (1) FOR SERVICE OF COGNIZABLE CLAIMS IN SECOND AMENDED COMPLAINT AGAINST DEFENDANTS GARCIA, GOSS, TREVINO, ISIRA, AND COFFIN, and (2) DISMISSING ALL OTHER DEFENDANTS**<br><br>**(ECF No. 26)**<br><br>**THIRTY-DAY DEADLINE TO RETURN SERVICE DOCUMENTS** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On January 29, 2014, the Magistrate Judge issued Findings and Recommendations that (1) the Second Amended Complaint states a retaliation claim for damages against Defendants Garcia, Goss, Trevino, Isira and Coffin, and medical indifference and negligence claims for damages against Defendant Isira, and service should be initiated

1

against these Defendants, and (2) all other claims asserted in the Second Amended Complaint and Defendants Diaz and Aliceson should be dismissed with prejudice.[1] (F&R's, ECF No. 26, at ¶ V.) On February 11, 2014, Plaintiff filed objections to the Findings and Recommendations. (Obj. to F&R's, ECF No. 27.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Plaintiff's objections rehash allegations previously considered by the Magistrate Judge and found deficient and argue matters outside the Findings and Recommendations. Defendants Diaz and Aliceson are not linked to claims stated. See Taylor v. List, 880 F.2d 1040, 1045 (9th Cir. 1989) (a supervisor is only liable if he or she participated in or directed the violations, or knew of the violations and failed to act to prevent them). The allegations found non-cognizable are deficient for the reasons stated by the Magistrate Judge. Fed. R. Civ. P. 8(a)(2); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009), citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007) ("[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice.").

Plaintiff's objections do not raise an issue of law or fact under the Findings and Recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on January 29, 2014 (ECF No. 26), in full,

2. Plaintiff shall proceed on the Second Amended Complaint retaliation claim for damages against Defendants Garcia, Goss, Trevino, Isira and Coffin, and medical indifference and negligence claims for damages against Defendant Isira,

3. All other claims asserted in the Second Amended Complaint and all other

---

[1] The Court notes that D. Fisher was named as a Defendant in the original Complaint, but not in subsequent pleadings.

Defendants named in this action are dismissed with prejudice,

4. Service shall be initiated on the following Defendants:

    a. GARCIA, CSATF Clinical Social Worker,

    b. GOSS, CSATF Psychiatric Technician,

    c. TREVINO, CSATF Clinical Social Worker,

    d. ISIRA, CSATF Psychologist,

    e. COFFIN, CSATF Chief of Mental Health,

5. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed January 22, 2013,

6. Within thirty (30) days from sevice of this Order, Plaintiff shall complete and return to the Court the Notice of Submission of Documents along with the following documents:

    a. Completed summons,

    b. One completed USM-285 form for each Defendant listed above,

    c. Six (6) copies of the endorsed Second Amended Complaint filed January 22, 2013, and

7. Upon receipt of the above-described documents, the Court should direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated: **February 27, 2014**         /s/ Lawrence J. O'Neill  
                                                   UNITED STATES DISTRICT JUDGE

8.