UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>K. ALICESON, et al.,<br><br>    Defendants. | CASE NO. 1:12-cv-00860-LJO-MJS (PC)<br><br>**ORDER DENYING MOTION FOR COURT INTERVENTION**<br><br>**(ECF No. 85)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Garcia, Goss, Trevino, Isira, and Coffin on Plaintiff's First Amendment retaliation claim, and against Defendant Isira on Plaintiff's Eighth Amendment medical indifference and state law negligence claims.

Before the Court is Plaintiff's June 8, 2015 motion for court intervention. (ECF No. 85.) Plaintiff claims that, due to "Court's Clerk's chaos," Plaintiff's numerous filings have not been docketed or ruled on. He asks that his pending motions be granted in his favor.

The filings referenced in Plaintiff's motion were docketed as they were received, and were addressed by the Court on June 3, 2015. Accordingly, Plaintiff's motion for

court intervention is HEREBY DENIED as moot.

IT IS SO ORDERED.

    Dated:   June 10, 2015          /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE