# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. ALICESON, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00860-LJO-MJS (PC)<br><br>**ORDER REGARDING PRETRIAL DEADLINES AND TRIAL**<br><br>**CLERK TO RE-SEND LOCAL RULE 281 AND ECF NO. 113 TO PLAINTIFF** |

　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's second amended complaint against Defendant Isira for inadequate medical care in violation of the Eighth Amendment to the United States Constitution.

　　On July 8, 2016, the Court issued an order setting trial for June 27, 2016 and establishing pretrial deadlines. (ECF No. 113.) The parties are hereby reminded of their obligation to comply with the requirements of the trial scheduling order. They are again warned that a continuance of the trial date is unlikely, and will only be granted upon a

1

showing of good cause and a determination that, despite the parties' best efforts, proceeding to trial as scheduled is impracticable.

As a courtesy to Plaintiff, the Court will direct the Clerk's Office to re-send Plaintiff a copy of Local Rule 281 and the trial scheduling order.

IT IS SO ORDERED.

Dated:   January 5, 2017                        /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE