UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHEELER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. ALICESON, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-00860-LJO-MJS (PC)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO CONTINUE TRIAL**<br><br>**(ECF NO. 129)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Isira on Plaintiff's Eighth Amendment claim for inadequate medical care. Before the Court's is Defendant's March 1, 2017 motion to continue trial. (ECF No. 129.)

　　　　A settlement conference was held on March 2, 2017 and the parties reached a verbal settlement agreement. (ECF No. 130.) By minute order, the settlement judge vacated all previously set deadlines and hearings.

　　　　Based on the foregoing, Defendant's motion to continue trial is HEREBY DENIED as moot.

IT IS SO ORDERED.

　　　Dated:　March 3, 2017　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE